UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TIPS EXPORTS, INC.

        Plaintiff,

vs.

MUSIC MAHAL INC.; "SUNNY",
Individually and d/b/a "MUSIC MAHAL";
VERMANI, INC.; VERMANI, INC. d/b/a
"MUSIC MAHAL"; SATNAM SINGH A/K/A
SATNAM SINGH CHOHAN, Individually and
d/b/a "MUSIC MAHAL" and d/b/a
"ORIGINAL MUSIC"; GURNAM SINGH,
Individually and d/b/a "MUSIC MAHAL";
DALIP KUMAR AKA DALIP KOMAR AND
AKA DALIP VERMANI Individually and d/b/a
"MUSIC MAHAL"; HIGH TECH VIDEO
CORP. A/K/A HIGH-TECH VIDEO, INC.:
d/b/a "MUSIC MAHAL" and d/b/a
ORIGINAL MUSIC; GITA SHAH
individually and d/b/a "MUSIC MAHAL and
d/b/a ORIGINAL MUSIC; SOCA HOUSE, INC.
RAJ BOISE, Individually and d/b/a
"SOCA HOUSE" and d/b/a "INDIAN DVD
KING"; GURPREET SINGH BAINS
Individually and d/b/a "SOCA HOUSE",
d/b/a "DVD KING" and d/b/a "INDIAN
DVD KING"; TAJ AUDIO VIDEO INC.;
NIJJER GROCERY and VARIETY INC.
individually and d/b/a "TAJ AUDIO VIDEO";
D.S. NIJJER,   Individually and d/b/a "TAJ
AUDIO VIDEO"; AJITPAL SINGH,
Individually and d/b/a "TAJ AUDIO VIDEO";
DALBIR SINGH, Individually and d/b/a "TAJ
AUDIO VIDEO" and JOHN DOES 1-14,

        Defendants.

CASE NO.: CV 01 5412
(SJF) (VVP)

---

## JUDGMENT

WHEREAS, the Court in this action entered an Opinion and Order (the "Order") on March 28, 2007, the Report and Recommendation (the "Report") of the Hon. Viktor V. Pohorelsky, U.S.M.J. dated

March 9, 2007, awarding Plaintiff statutory damages and attorneys fees against defendants Taj Audio Video Inc., Nijjer Grocery and Variety Inc., D.S. Nijjer, Ajitpal Singh and Dalbir Singh; and

WHEREAS, the Court in the Order granted Plaintiffs' motion for statutory damages in the amount of $51,000.00 and Plaintiff's motion for the recovery of attorneys' fees against the Defendant in the apportioned amount of $40,693.01; now, therefore

It is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the Plaintiff in the amount of $91,693.01, jointly and severally against defendants Taj Audio Video Inc., Nijja Grocery and Variety Inc., D.S. Nijjer, Ajitpal Singh and Dalbir Singh.

Dated: Brooklyn, New York
June 8th, 2007

Hon. Sandra J. Feuerstein, U.S.D.J.